IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ERNEST EUGENE LEFFEW**                                                                 **PLAINTIFF**

**v.**                                                             **CIVIL ACTION NO. 1:19-cv-793-TBM-RPM**

**TROY PETERSON** *et al*                                                              **DEFENDANTS**

## JUDGMENT OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of this case. The Court desires that this matter be finally closed on its docket.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 17th day of August, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE